ROBINSON QUALITY CONSTRUC-
TORS (doing business as Wayne
M. Roberts, Inc.), Appellant,

v.

John McHUGH, Secretary of
the Army, Appellee.

No. 2010-1034.

United States Court of Appeals,
Federal Circuit.

March 4, 2010.

Domenique Kirchner, Department of Justice, Washington, DC, for Appellee.

D. Lynn Whitt, Lake Saint Louis, MO, for Appellant.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

Timothy E. DALY, Claimant–Appellant,

v.

Eric K. SHINSEKI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2010-7024.

United States Court of Appeals,
Federal Circuit.

March 4, 2010.

Timothy E. Daly, Lincoln, NE, pro se.

Kent C. Kiffner, Department of Justice, Michael J. Timinski, Kristiana M. Brugger, Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.